# UNITED STATES DISTRICT COURT
for the

*FILED JUN 4 2013*
*RICHARD W. WIEKING*
*CLERK, U.S. DISTRICT COURT*
*NORTHERN DISTRICT OF CALIFORNIA*

United States of America )
v. ) Case No.
John Panelli ) 13-354 EMC
_____ )
Defendant )

## WAIVER OF AN INDICTMENT

I understand that I have been accused of one or more offenses punishable by imprisonment for more than one year. I was advised in open court of my rights and the nature of the proposed charges against me.

After receiving this advice, I waive my right to prosecution by indictment and consent to prosecution by information.

Date: June 4, 2013

_____
Defendant's signature

_____
Signature of defendant's attorney

D Hoffman
_____
Printed name of defendant's attorney

_____
Judge's signature

**Laurel Beeler**
United States Magistrate Judge
Judge's printed name and title